NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICKY DEWAYNE NELSON,    )
a/k/a RICKY D. NELSON,        )
                                )
        Appellant,         )
                                )
v.                             )     Case No. 2D18-3947
                                )
STATE OF FLORIDA,        )
                                )
        Appellee.          )
_____)

Opinion filed July 12, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

PER CURIAM.

        Affirmed.

VILLANTI, LaROSE, and LUCAS, JJ., Concur.